No. 11-7187. Jack W. Graham, Petitioner v. American Golf Corporation, et al.

565 U.S. 1125, 132 S. Ct. 1033, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 65.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 418 Fed. Appx. 634.